UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE SEATTLE AREA PLUMBING AND PIPEFITTING INDUSTRY HEALTH AND WELFARE TRUST et al,<br><br>Plaintiffs,<br><br>v.<br><br>HAWK MECHANICAL CONTRACTORS INC,<br><br>Defendant. | CASE NO. 2:21-cv-01107-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) The Parties have filed a Stipulated Motion for Voluntary Dismissal of Defendant and Action (Dkt. No. 16). The Parties request that the Court dismiss Defendant and this action with prejudice and without costs or fees.

MINUTE ORDER - 1

(2) Pursuant to the Parties' stipulated motion, Defendant Hawk Mechanical Contractors Inc. and this action are DISMISSED with prejudice and without costs or fees to any Party.

(3) The Clerk is DIRECTED to close this case.

Dated this 3rd day of June 2022.

                                       Ravi Subramanian
                                       Clerk of the Court

                                       s/ Kadya Peter
                                       Deputy Clerk